UNITED STATES DISTRICT COURT
DISTRICT OF CONNETICUT

United States of America

    -V-

Leonardo Martinez

Case No 03CR00251

**Motion Requesting Sentencing Transcripts**

Now comes the defendant, Leonardo Martinez, respectfully moves this honorable Court for order requesting that the transcript from the sentencing hearing, held on May 24, 2004, be provided.

At this moment I am being held at the Low Security Correctional Institution "Allenwood", P.O. BOX 1000, White Deer, PA. 17887.

I am preparing myself, to collaterally attack the court's decision filing a 2255 motion, and the transcript of the hearing is a VITAL and NECESSARY tool for adequate preparation of my defense.

Due to legal expenses and outstanding debts incurred as a result of this case, I am without the funds necessary to pay the cost of that transcript, and request that it can be provided free of charge.

Britt v. North Caroline, (1971) 404 US 226, 30L Ed 2d 400, 92 S.CT. 431 (State must provide indigent defendant with tarnscript of prior proceedings when transcript is needed for a effective defense appeal).

Defendant respectfully request and prays that this motion be granted.

Respectfully submitted,

LEONARDO MARTINEZ
Rev. 15265-014

UNITED STATES DISTRICT COURT
DISTRICT OF CONNETICUT

United States of America

-V-                                         Case No   03CR00251

Leonardo Martinez

## Motion Requesting Sentencing Transcripts

Now comes the defendant, Leonardo Martinez, respectfully moves this honorable Court for order requesting that the transcript from the sentencing hearing, held on May 24, 2004, be provided.

At this moment I am being held at the Low Security Correctional Institution "Allenwood", P.O. BOX 1000, White Deer, PA. 17887.

I am preparing myself, to collaterally attack the court's decision filing a 2255 motion, and the transcript of the hearing is a <u>VITAL</u> and <u>NECESSARY</u> tool for adequate preparation of my defense.

Due to legal expenses and outstanding debts incurred as a result of this case, I am without the funds necessary to pay the cost of that transcript, and request that it can be provided free of charge.

<u>Britt v. North Caroline</u>, (1971) 404 US 226, 30L Ed 2d 400, 92 S.CT. 431 (State must provide indigent defendant with tarnscript of prior proceedings when transcript is needed for a effective defense appeal).

Defendant respectfully request and prays that this motion be granted.

Respectfully submitted,

LEONARDO MARTINEZ
Reg. 15765-014

*[signature]*