## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**           :

**v.**                                 :   **NO. 3:03CR251(JBA)**

**LEONARDO MARTINEZ**                  :

### ENDORSEMENT ORDER [#78]

     Defendant's motion requesting sentencing transcripts is GRANTED. The court reporter is directed to provide a copy of the sentencing transcript to the defendant.

                                   IT IS SO ORDERED.

                              _____/s/_____
                              Janet Bond Arterton
                              United States District Judge

**Dated at New Haven, Connecticut:** August 17 ,2005